ALEXANDER B. CVITAN (CSB 81746) and
AARON G. LAWRENCE (CSB 258813), Members of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Blvd., Suite 2000
Los Angeles, California 90010-2421
Telephone: (213) 386-3860
Facsimile: (213) 386-5583
E-Mails:    alc@rac-law.com
            aaronl@rac-law.com

Attorneys for Defendant
Laborers' International Union of North America, Local 783

CHARLES HOLYFIELD (*pro se*)
18611 New Hampshire St., Unit A
Adelanto, California 92301
Telephone: 760-686-9212
E-Mail: jrrealdeal985@gmail.com

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES HOLYFIELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNION LOCAL 783, ANTHONY GUZMAN, and DOES 1-50,<br><br>　　　　　Defendants. | CASE NO. 19-cv-00425-MWF-KK<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:　　Honorable Michael W. Fitzgerald |

ORDER

**ORDER**

Pursuant to the parties' Joint Stipulation for Dismissal With Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced action is hereby dismissed in its entirety, with prejudice. Each party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED

DATED: August 12, 2019

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT COURT